IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONNA GRINDSTAFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:24-cv-00914 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| WILSON COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pending before the Court[1] is the report and recommendation (Doc. No. 24, "R&R") of the Magistrate Judge, which recommends that the Court grant the motion to dismiss (Doc. No. 7, "Motion") filed by Defendants, Wilson County, Robert Bryan, Mike Hale, and Joseph Riley Pierce (collectively, "Defendants"). Plaintiff has filed Objections (Doc. No. 26, "Objections")[2] to the R&R and a memorandum in support of her Objections (Doc. No. 27). Defendants filed a response to Plaintiff's objections to the Magistrate Judge's R&R (Doc. No. 29) and a memorandum in support of their Response (Doc. No. 30).

For the reasons stated in the accompanying memorandum opinion, the Court adopts and approves the R&R (Doc. No. 24), except as to its portion recommending dismissal based on issue preclusion, as the Court declined to address the mooted question of whether dismissal should be

---

[1] Herein, "the Court" refers to the undersigned District Judge, as opposed to the Magistrate Judge who authored the R&R.

[2] Herein, a given use of the term "Objections" may refer to the document (Doc. No. 26) itself, to the purported objections contained therein (i.e., the "objections" to the R&R contained within the "Objections"), or both.

based on issue preclusion. With the caveat in the prior sentence, Defendants' Motion (Doc. No. 7) is **GRANTED**.

The Clerk is directed to enter judgment under Rule 58 and close the file.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE